IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 7 - 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00651-ZLW

GEORGE E. FLORENCE,

    Plaintiff,

v.

GILBERT LYDE,
T. VELASQUEZ,
A. BERRRIOS,
M. CUNDOFF,
H. A. RIOS, JR.,
G. L. HERSHBERGER,
HARRELL WATTS,
A. JOHNSON,
D. THARP,
GOMEZ (First Name Unknown)
H. MARSHALL, and
SORINTE (First Name Unknown),

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on Plaintiff's motion to amend to add three parties as Defendants. The Court dismissed the instant action on July 19, 2005. Plaintiff filed a notice of appeal on July 27, 2005. The action now is pending before the United States Court of Appeals for the Tenth Circuit. This Court, therefore, lacks jurisdiction to consider any filings by Plaintiff in the instant action. Plaintiff's motion to amend is inappropriate, will not be considered by the Court, and therefore, is DENIED.

Dated: March 7, 2006

_____

Copies of this Minute Order mailed on March 7, 2006, to the following:

George E. Florence
Reg. No. 98316-131
FCI-Florence
P.O. Box 6000
Florence, CO 81226

_____
Secretary/Deputy Clerk